**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**FLOYD E. JENNISON,**

      **Plaintiff,**

  **v.**
                              **Civil Action 2:26-cv-193**
                                 **Judge Michael H. Watson**
                               **Magistrate Judge Chelsey M. Vascura**

**ROBERT J. BATCHELOR,** *et al.*,

      **Defendants.**


**ORDER**

Plaintiff, Floyd E. Jenson, an Ohio inmate proceeding without the assistance of counsel, has filed an Application to Proceed *In Forma Pauperis* (ECF No. 1). His request is not accompanied by sufficient information to allow the Court to determine what filing fee to assess. Specifically, Plaintiff used the form motion for non-prisoners and did not include a certified copy of his trust fund account statement.

To satisfy statutory requirements, Plaintiff must "submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). Further, Plaintiff is required to pay the full amount of the filing fee. 28 U.S.C. § 1915(b)(1). That amount is to be collected through an initial assessment of 20 percent of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the account for the 6-month period immediately preceding the filing of the complaint, and

through monthly payments to be made thereafter in the amount of 20 percent of the preceding month's income credited to the prisoner's account.

Plaintiff has not submitted the required information. Specifically, Plaintiff's Motion is not accompanied by the prisoner form for motions for leave to proceed *in forma pauperis* or the statutorily required certified copy of a trust fund account statement. If Plaintiff intends to pursue this action, he is **ORDERED to submit, within 30 days of the date of this order, a completed Application and Affidavit by Incarcerated Person to Proceed Without Prepayment of Fees and the required trust fund statement certified by his prison's cashier**. The trust fund statement should indicate both the average monthly balance in Plaintiff's account for the last six months and the amount of income credited to his account during those months. Upon receipt of this information, the will Court determine whether Plaintiff may proceed *in forma pauperis*, and, if so, will calculate the initial partial filing fee and the monthly installments, issuing a separate order directing payment.

The Clerk is **DIRECTED** to enclose a copy of Application and Affidavit by Incarcerated Person to Proceed Without Prepayment of Fees.

Alternatively, Plaintiff may pay the requisite $405.00 filing fee within 30 days.

Plaintiff is cautioned that if he fails to submit the requisite Application and trust fund statement or pay the $405.00 filing fee within 30 days, the Court will assume that Plaintiff has decided not to pursue this case, and his claims may be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2